# PSJ Exhibit U

# IDPS Independent Contractor Contracts

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Steve G. Wells_ Of _323 W. 111 street Apt1_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _13_ day of _July_ 200_6_

_Steve G. Wells_
_____
Contractor

_____
Agency

_____
Witness

58

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Melody Rone_ Of _8515 S. Elizabeth_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _7_ day of _23_ 200_8_

_____  
Contractor

_____  
Agency

_____  
Witness

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _HARLEY GREEN_ Of _15445 S. ALBANY_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _15_ day of _FEB_ 200_6_

_Harvey Green_
**Contractor**

_I.D.P.S_
**Agency**

_Chuy Allard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Keith Whitfield_ Of _10644 S. Normal_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _27_ day of _Nov._ 200_6_

_Keith Whitfield_
**Contractor/**

_I.D.P.S._
**Agency**

_Chief Killard_
**Witness**

61

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Dexter Taylor Jr_ Of _10333 S. Vincennes_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _03_ day of _April_ 200_6_

_Dexter Taylor Jr_
**Contractor**

_International Detective_
**Agency**

_Chuy Ballard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Marshall Sanders_ of _10436 So. Corliss_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is enter into this: _26_ day of _April_ 2004

_____           _____
Contractor                                              Agency

_____
Witness

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And *Chester Anderson* Of *1893 michigan city Rd.*
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: *28* day of *August* 200*6*

*Chester Anderson*
_____
Contractor

*I. D. P. S.*
_____
Agency

*Chuy Pollard*
_____
Witness

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And James A. Finney Of 11314 S. Green herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: 12 day of June 200 7

_____
**Contractor**

I.D.P.S
_____
**Agency**

_____
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Joe C Stanford jr_ Of _2334 W Vanburen #403_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _12_ day of _FEB._ 200_7_

_Joe J Stanford Jr_
**Contractor**

_International Detective_
**Agency**
_a Protective Service_

_Chief Lillard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Walter Cochran_ Of _8200 Talman_
herein after called contractor.

**Whereas:** the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

**Whereas:** Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

**Whereas:** Contractor agrees to act in a professional manner at all times while performing the services.

**Whereas:** Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

**Whereas:** Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

**Whereas:** the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

**Whereas:** this contract is entered into this: _1_ day of _AUG_ 200_8_

_Walter Cochran_
**Contractor**

_I.D.P.S_
**Agency**

_Chief Lillard_
**Witness**

71

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _George Gaines_ Of _12427 So. Ada_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _23_ day of _July_ 200_8_

_George Gaines_
**Contractor**

_I.D.P.S_
**Agency**

_Chief Rillard_
**Witness**

78

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Calvin K Mack_ Of _9129 S. Kingston_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _22_ day of _MAY_ 200_8_

_Calvin K Mack_
**Contractor**

_I.D.P.S_
**Agency**

_Chief Lillard_
**Witness**

81

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between **INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC.** of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Melinda Rushing_ of _I.D.I SECURITY_ herein after called contractor.

**Whereas:** the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

**Whereas:** Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

**Whereas:** Contractor agrees to act in a professional manner at all times while performing the services.

**Whereas:** Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

**Whereas:** Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

**Whereas:** the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

**Whereas:** this contract is enter into this: _21_ day of _April_ _2000_

_X Melinda Rushing_
**Contractor,**

_I.D I SECURITY_
**Agency**

_Cmela Lillard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Guy MASON_ Of _922B South AVALON_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _18_ day of _JULY_ 200_7_

_Guy Mason_
/Contractor

_I.D.P.S_
Agency

_Chief Lillard_
Witness

85

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Chretien Smith_ Of _5437 S Aberdeen Ave, Chicago, IL_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _25_ day of _February_ 200_8_

_____
Contractor

_____
Agency

_____
Witness

87

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Donzell_ Of _Williams 210 Green Ellyn Rd_ _Apt. 305_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _13_ day of _Aug_ 200 _7_

_Donzell Williams_
**Contractor**

_I.D.P.S_
**Agency**

_Chief. Willard_
**Witness**

89

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between **INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC.** of **1140 west 103rd Street Chicago, Illinois 60643** herein after called Agency.

And _VANNESSO Jenny_ of _8515 So. GREEN_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is enter into this:____day of_____1999

_____        _____
**Contractor,**                                          **Agency**

_____
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Charles Goodwin_ Of _7601 S Champlane_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _17_ day of _July_ 200_8_

_Charles Goodwin_
_____
Contractor

_I.D.P.S_
_____
Agency

_Chef Ballard_
_____
Witness

94

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And *R. Wayne Morris* Of *43 West 103rd Place* herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: *16* day of *AUG* 200 *7*

*R. Wayne Morris*
_____
**Contractor**

*I.D.P.S.*
_____
**Agency**

*Chef. Lizard*
_____
**Witness**

96

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Eddie M. Greer_ Of _9914 S. Green_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _14_ day of _Nov_ 200_8_

_Eddie M. Greer_
**Contractor**

_I. D. P. S_
**Agency**

_Chief Lillard_
**Witness**

98

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Antwon Byles_ Of _14891 S morgan_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _19_ day of _MAY_ 200_7_

_ANTWON BYLES_
**Contractor**

_I.D.P.S_
**Agency**

_Chief Pillard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Antwain Woods_ Of _14026 S. School St._ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _23_ day of _May_ 200_7_

_Antwain Woods_
**Contractor**

_I.D.P.S._
**Agency**

_Chief Shelford_
**Witness**

104

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Davon Duncan_ Of _307 Muskegon_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _27_ day of _MARCH_ 200_9_

_Davon Duncan_
**Contractor**

_I.D.P.S_
**Agency**

_Ray Pillard_
**Witness**

108

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Vernon B. Weston_ of _11260 S. Vernon 3 S._ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _17_ day of _June_ 200_8_

_Vernon B. Weston_
**Contractor**

_I D P.S_
**Agency**

_Chief Pollard_
**Witness**

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _William Richardson_ Of _601 E. 131st Street_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _30_ day of _3_ 200_5_

_William Richardson_
**Contractor**

_____
**Agency**

_Cheryl Pollard_
**Witness**

114

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between **INTERNATIONAL DETECTIVES AND PROTECTIVE SVC.** Of 11446 S. HALSTED Street Chicago, Illinois 60628 herein after called Agency.

**And** Mark Oneal Jr **of** 8029 S. Laflin

herein after called contractor.

**Whereas:** the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

**Whereas:** Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

**Whereas:** Contractor agrees to act in a professional manner at all times while performing the services.

**Whereas:** Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

**Whereas:** Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

**Whereas:** the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

**Whereas:** this contract is enter into this: 27 **day of** April **20** 09

Mark O'neal Jr
**Contractor,**

I. D. P. S
**Agency**

Chief Lillard
**Witness**

117

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _DIANA J. TORREZ_ Of _708 E. 80th St Chicago Il. 60619_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _13_ day of _Nov_ 200 _8_

_Diana J. Torr_
**Contractor**

_I. D. R. S._
**Agency**

_Chief Lillard_
**Witness**

120

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _W. Filly_ Of _12030 S. Lowe_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _10_ day of _august_ 200_7_

_W. Filly_
**Contractor**

_I. D. P. S._
**Agency**

_Chuy Pulland_
**Witness**

123

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _CHARISSE RAY_ Of _7/9 E 103RD PLACE_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _16_ day of _AuG_ 200_7_

_Ch—B_
_____
Contractor

_Chuf Killard_
_____
Witness

_I.D.P.S._
_____
Agency

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between, INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Jimmie Willis_ Of _8410 S. Morgan_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _13_ day of _JULY_ 200 _7_

_Jimmie Willis_
**Contractor**

_T. D. P. S_
**Agency**

_Chief Leland_
**Witness**

127

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _____ Of _12002 Princeton_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _18_ day of _July_ 200_6_

_____
Contractor

_J.D.I.P_
Agency

_____
Witness

129

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Darnell Smith_ Of _3637 So Prairie_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _20_ day of _July_ 200_7_

_____
Contractor

_I.D.P.S._
_____
Agency

_____
Witness

131

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Kendric Truitt_ Of _1920 STATE ST Calumet City FL_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _3_ day of _July_ 200_6_

_____
Contractor

_I.D.P.S_
_____
Agency

_____
Witness

134

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Darnel Williams_ Of _538 E 87th St_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _6_ day of _June_ 200_9_

_Darnel Williams_
**Contractor**

_I.D.P.S_
**Agency**

_Cheryl Ballard_
**Withess**

137

# INDEPENDENT CONTRACTOR
## (CONTRACT)



NEW ~~SGT~~ START #
~~SGT~~ 32
LOST SGT. STAR

This contract is made by and between **INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC.** of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And  _HENRY DRAKE_  of  _401 E 32ND Street_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is enter into this: _2_ day of _APRIL_ 2004

_Henry Drake_
_HENRY DRAKE_
    **Contractor**

    **Agency**

_Arnett Rulord_
**Witness**

140

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _George Wright II_ Of _4012 W. Cermak Rd_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _3_ day of _July_ 200_7_

_George Wright II_
Contractor

_I. D. P. S._
Agency

_Cheryl Freeland_
Witness

143

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between **INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC.** of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Gary B. Lee_ of _10223 S. lowe_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is enter into this: _2_ day of _Apr l_ 2004

_Gary B. Lee_
**Contractor**

_____
**Agency**

_Arnut Silkid_
**Witness**

146

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Clifford J. Smith_ Of _6233 University Ave_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _28_ day of _May_ 200_4_

_Clifford J. Smith_
——————————————
Contractor

——————————————
Agency

——————————————
Witness

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _George Wright_ Of _1033 w. 119th Pl 31 Merrionette PK IL_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _14_ day of _Feb_ 200_7_

_____
Contractor

_____
Agency

_____
Witness

153

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _W C WOFFORD_ Of _14796 ARTESIAN AVE, HARVEY IL 60426_ herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _16_ day of _MAY_ 200_6_

_W Wofl_
**Contractor**

_I O P C_
**Agency**

_Chris Rickard_
**Witness**

156

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between **INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC.** of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And ___MELVIN RONE___ of ___8515 S. ELEZEBITH___
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, will be evaluated by Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is enter into this: ___2___ day of ___April___ 2004

___MELVIN RONE___
**Contractor**

_____
**Agency**

___Arnett Pollard___
**Witness**

159

# INDEPENDENT CONTRACTOR
# (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Caleb B. Hanner_ Of _November 27, 2006_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _27_ day of _November_ 200_6_

_Caleb B. Hanner_
**Contractor**

_I.O.P.S_
**Agency**

_Chief Dillard_
**Witness**

162

# INDEPENDENT CONTRACTOR
## (CONTRACT)

This contract is made by and between INTERNATIONAL DETECTIVES AND INVESTIGATORS, INC. of 1140 west 103rd Street Chicago, Illinois 60643 herein after called Agency.

And _Sedrick Rone_ Of _519 w 125 Pl_
herein after called contractor.

Whereas: the Agency agrees to use the services of the Contractor: to provide security services, at various locations in the State of Illinois.

Whereas: Contractor agrees to provide the services for a fee agreed to by both Agency and Contractor.

Whereas: Contractor agrees to act in a professional manner at all times while performing the services.

Whereas: Contractor understands that he will be paid one hundred percent of his fee. Contractor understands he/she is responsible for all tax obligations.

Whereas: Agency agrees to provide Liability Insurance for the various locations; where Contractor is providing services.

Whereas: the service provided by Contractor, are to be evaluated by the Agency or its representative, to determine if the said service is satisfactory. The Agency or its representative will make regular visits to the locations.

Whereas: this contract is entered into this: _10_ day of _14-_ 200_04_

_Sedrick Rone_
Contractor

_____
Agency

_Chief Lillard_
Witness

168